UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| In re: | | Case No. **04-53228** |
| **SEXTON, CHARLOTTE M.** | | Chapter 7 |
| Debtor(s) | | |

**TRUSTEE'S REPORT AND ACCOUNT AND
APPLICATION FOR COMPENSATION**

   Comes now **Lucinda Masterton**, trustee herein, and does hereby render and file my account and report, my application for compensation, and such other matters as may be applicable, as follows:

1. All assets in this estate have been reduced to cash; there is no other property belonging to this estate discoverable to the best of my knowledge; there are no matters pending or undetermined; and this estate is ready to be closed.

2. A summary of all assets and their disposition is attached hereto as Exhibit A.

3. An itemized listing of trustee receipts in the sum of **$20,010.11**, and disbursements in the sum of **$6,936.73**, with a balance of **$13,073.38**, is attached hereto as Exhibit B.

4. Exhibit C is a computation of trustee's commission requested along with a claim for reimbursement of listed expenses.

5. All claims filed have been examined and should be allowed for the amounts therein claimed or such amounts as may be fixed by order of this Court after hearing on any objection filed.


Dated:   2/20/06                                    Respectfully submitted,


                                                    /s/ LUCINDA MASTERTON
                                                    Lucinda Masterton, TRUSTEE
                                                    4857 Paynes Mill Road
                                                    Lexington, KY 40510
                                                    Tel. No. (859) 225-7737

## CERTIFICATION OF THE
## UNITED STATES TRUSTEE

The United States Trustee hereby, certifies that the foregoing report and attachments have been reviewed this 4th day of April, 2006.

    RICHARD F. CLIPPARD
    U.S. TRUSTEE, REGION 8

    _____
    JOHN R. STONITSCH
    Assistant U.S. Trustee
    100 East Vine Street, Suite 803
    Lexington, Kentucky 40507
    Telephone: (859) 233-2822

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 04-53228 | Trustee Name: | Lucinda Masterton |
|---|---|---|---|
| Case Name: | SEXTON, CHARLOTTE M. | Date Filed (f) or Converted (c): | 09/29/2004 (f) |
| For the Period Ending: | 2/20/2006 | §341(a) Meeting Date: | 10/26/2004 |
|  |  | Claims Bar Date: |  |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 1 | HOUSE AND LOT | $48,900.00 | Unknown |  | $20,000.00 | FA |
| 2 | CASH IN HAND | $10.00 | $0.00 | DA | $0.00 | FA |
| 3 | A/2 INT. IN CHECKING ACCOUNT AT DEPOSIT BANK | $573.91 | $573.91 | DA | $0.00 | FA |
| 4 | SAVINGS ACCOUNT | $582.76 | $0.00 | DA | $0.00 | FA |
| 5 | 1/2 INT. IN SAVINGS ACCOUNT | $152.69 | $0.00 | DA | $0.00 | FA |
| 6 | CLOTHING | $100.00 | $0.00 | DA | $0.00 | FA |
| 7 | WEDDING BAND | $40.00 | $0.00 | DA | $0.00 | FA |
| 8 | 1995 CHEVY CAVALIER | $1,795.00 | $0.00 | DA | $0.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown |  | $10.11 | FA |

**TOTALS (Excluding unknown value)**   **Gross Value of Remaining Assets**

$52,154.36     $573.91     $20,010.11     $0.00

**Major activities affecting case closing:**

ADVERSARY TO AVOID MORTGAGE PENDING; PROPERTY TO BE SOLD

| Initial Projected Date Of Final Report (TFR): | 06/30/2006 | Current Projected Date Of Final Report (TFR): | 06/30/2006 | /s/ LUCINDA MASTERTON |
|---|---|---|---|---|

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 04-53228 | **Trustee Name:** | Lucinda Masterton |
| **Case Name:** | SEXTON, CHARLOTTE M. | **Bank Name:** | Sterling Bank |
| **Taxpayer ID #:** | 0 | **Checking Acct #:** | 7180040325 |
| **For Period Beginning:** | 1/1/1980 | **Account Title:** | |
| **For Period Ending:** | 2/20/2006 | **Blanket bond (per case limit):** | $14,500,000.00 |
| | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check or Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 02/20/2006 | | Transfer From:  # 8180040324 | Transfer to Close Account | 9999-000 | $13,073.38 | | $13,073.38 |
| | | | **TOTALS:** | | $13,073.38 | $0.00 | $13,073.38 |
| | | | **Less: Bank transfers/CDs** | | $13,073.38 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

| **For the period of 1/1/1980 to 2/20/2006** | | **For the entire history of the account between 01/05/2006 to 2/20/2006** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $13,073.38 | Total Internal/Transfer Receipts: | $13,073.38 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-53228 | | | Trustee Name: | Lucinda Masterton |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SEXTON, CHARLOTTE M. | | | Bank Name: | Sterling Bank |
| Taxpayer ID #: | 0 | | | Money Market Acct #: | 8180040324 |
| For Period Beginning: | 1/1/1980 | | | Account Title: | |
| For Period Ending: | 2/20/2006 | | | Blanket bond (per case limit): | $14,500,000.00 |
| | | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/05/2006 | (1) | CHICAGO TITLE | PER AGREEMENT | 1141-000 | $15,000.00 | | $15,000.00 |
| 01/16/2006 | (1) | COUNTRYWIDE HOME LOANS | FINAL SETTLEMENT PROCEEDS | 1141-000 | $5,000.00 | | $20,000.00 |
| 01/31/2006 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $5.50 | | $20,005.50 |
| 02/07/2006 | 1001 | ATKINSON, SIMMS & KERMODE | PER ORDER OF 02/07/06 | 3210-000 | | $6,666.67 | $13,338.83 |
| 02/07/2006 | 1002 | ATKINSON, SIMMS & KERMODE | PER ORDER OF 02/07/06 | 3220-000 | | $270.06 | $13,068.77 |
| 02/20/2006 | (INT) | Sterling Bank | Account Closing Interest As Of 2/20/2006 | 1270-000 | $4.61 | | $13,073.38 |
| 02/20/2006 | | Transfer To:  # 7180040325 | Transfer to Close Account | 9999-000 | | $13,073.38 | $0.00 |
| | | | **TOTALS:** | | $20,010.11 | $20,010.11 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $13,073.38 | |
| | | | Subtotal | | $20,010.11 | $6,936.73 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $20,010.11 | $6,936.73 | |

| For the period of  1/1/1980 to 2/20/2006 | | For the entire history of the account between 01/05/2006 to 2/20/2006 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $20,010.11 | Total Compensable Receipts: | $20,010.11 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,010.11 | Total Comp/Non Comp Receipts: | $20,010.11 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $6,936.73 | Total Compensable Disbursements: | $6,936.73 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $6,936.73 | Total Comp/Non Comp  Disbursements: | $6,936.73 |
| Total Internal/Transfer  Disbursements: | $13,073.38 | Total Internal/Transfer  Disbursements: | $13,073.38 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 04-53228 | | | Trustee Name: | Lucinda Masterton |
|---|---|---|---|---|---|
| Case Name: | SEXTON, CHARLOTTE M. | | | Bank Name: | Sterling Bank |
| Taxpayer ID #: | 0 | | | Money Market Acct #: | 8180040324 |
| For Period Beginning: | 1/1/1980 | | | Account Title: | |
| For Period Ending: | 2/20/2006 | | | Blanket bond (per case limit): | $14,500,000.00 |
| | | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $20,010.11 | $6,936.73 | $13,073.38 |

**For the period of 1/1/1980 to 2/20/2006**

| | |
|---|---|
| Total Compensable Receipts: | $20,010.11 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,010.11 |
| Total Internal/Transfer Receipts: | $13,073.38 |
| | |
| Total Compensable Disbursements: | $6,936.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,936.73 |
| Total Internal/Transfer Disbursements: | $13,073.38 |

**For the entire history of the case between 09/29/2004 to 2/20/2006**

| | |
|---|---|
| Total Compensable Receipts: | $20,010.11 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,010.11 |
| Total Internal/Transfer Receipts: | $13,073.38 |
| | |
| Total Compensable Disbursements: | $6,936.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,936.73 |
| Total Internal/Transfer Disbursements: | $13,073.38 |

**EXHIBIT C**
**TRUSTEE COMPENSATION AND EXPENSES**

CASE NO.: **04-53228**

CASE NAME: **SEXTON, CHARLOTTE M.**

1. COMPUTATION OF COMPENSATION

Total Receipts: **$20,010.11**
*(less **($0.00)** non-compensable estate exemption to the debtor.
Compensation based on **$20,010.11**)

Pursuant to 11 U.S.C. § 326(a), compensation is computed as follows:

| | |
|---|---:|
| 25% of $5,000 | 1,250.00 |
| 10% of $15,010.11 | 1,501.01 |
| Maximum Trustee Compensation | 2,751.01 |
| - minus Interim Compensation | 0.00 |
| Total Allowable Trustee Compensation | 2,751.01 |

2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| DATE | TYPE | DESCRIPTION | AMOUNT |
|---|---|---|---:|
| 02/20/2006 | | | 25.50 |
| 02/20/2006 | | | 15.54 |

| | |
|---|---:|
| Total COPIES Expense | 25.50 |
| Total POSTAGE Expense | 15.54 |
| **Total Expenses Requested:** | **$41.04** |
| **Previously Paid Amounts:** | **$0.00** |
| **Net Expenses Requested:** | **$41.04** |
| **TOTAL EXPENSES AND COMPENSATION REQUESTED:** | **$2,792.05** |

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

| | |
|---|---|
| In re: | Case No. **04-53228** |
| **SEXTON, CHARLOTTE M.** | Chapter 7 |
| Debtor(s) | |

**SUMMARY OF THE TRUSTEE'S FINAL REPORT,
APPLICATION FOR FINAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES AND PROPOSED DISTRIBUTION**

TO: Affected Creditors, and Parties in Interest

The account of the Trustee shows total receipts of **$20,010.11** and total disbursements of **$6,936.73**, leaving a balance of funds on hand of **$13,073.38**. The report includes a total of **$2,792.05** requested as compensation and reimbursement of expenses for the Trustee, and a total of **$0.00** previously awarded by the Court as compensation and reimbursement of expenses for the attorney for the Trustee.

The following applications for fees and expenses, which, if approved, will have priority over the payment of dividends pursuant to 11 U.S.C. Section 507(a)(1), are currently pending before the Court.

| Professional | Address | Amount |
|---|---|---|
| LUCINDA MASTERTON | 4857 Paynes Mill Road ,Lexington , KY - 40510 | 2,751.01 |
| LUCINDA MASTERTON | 4857 Paynes Mill Road ,Lexington , KY - 40510 | 41.04 |
| U.S. BANKRUPTCY COURT CLERK Adv. 05-5071 Filing Fee | P.O. BOX 1111 ,LEXINGTON , KY - 40588-1111 | 150.00 |

In accordance with the laws governing distribution of bankruptcy estates, the Trustee has concluded that the estate should be distributed as follows:

| Professional | Amount | Address | Claim No. | Dividend |
|---|---|---|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | 76,321.83 | C/O COUNTRYWIDE HOME LOANS, INC. , 7105 CORPORATE DRIVE, MAIL STOP PTX-C-35 ,PLANO , TX - 75024 | 2 | 9,463.14 |
| NICHOLAS COUNTY HOSPITAL | 110.66 | 2323 CONCRETE ROAD ,CARLISLE , KY - 40311 | 4 | 13.72 |
| GLA COLLECTION COMPANY, INC. | 5,278.44 | PO BOX 991199 ,LOUISVILLE , KY - 40269-1199 | 5 | 654.47 |

TOTAL FUNDS FOR DISTRIBUTION: **$13,073.38**

TRUSTEE'S NAME: **Lucinda Masterton**          DATED: 2/20/06

SIGNED: /s/ LUCINDA MASTERTON

4857 Paynes Mill Road
Lexington, KY 40510
Tel. No. (859) 225-7737

The UNITED STATES TRUSTEE certifies that his/her report and account of the case has been reviewed.

**OFFICE OF THE UNITED STATES TRUSTEE**

By: _____
Date: ____April 4, 2006_____